826 F.2d 1058
 U.S. ex rel. Hornick (Ella)
v.
Commonwealth of Pennsylvaina, County of Allegheny,
Strauss (Samuel), Barzd (Vera), Archer (Ralph), St. John
(Robert), Garber (Geraldine), Plesset (Marvin),
Finkelhor (Howard), Soffel (Sara), Roesnn (Max),
Moats (Anthony),Behavior Clinic of Allegheny County
 NO. 86-3553
 United States Court of Appeals,
Third Circuit.
 JUL 31, 1987
 
 Appeal From: W.D.Pa.,
 Simmons, J.
 
 
 1
 AFFIRMED.